**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **LEON ALFREDO GUTIERREZ RUBIO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § § | **CAUSE NO. EP-26-CV-369-KC** |
| **WARDEN, ERO EL PASO CAMP EAST - MONTANA et al.,** | § § § | |
| **Respondents.** | § § | |

**ORDER**

On this day, the Court considered the case.  Heimary Hernandez filed a Petition for Writ of Habeas Corpus, ECF No. 1, on behalf of her husband, Leon Alfredo Gutierrez Rubio. Because there was insufficient information to determine whether "next friend" filing should be granted, the Court ordered Hernandez to explain why "next friend' was warranted, or for Gutierrez Rubio to express his intent to proceed pro se, by March 2, 2026.  Feb. 10, 2026, Order 3, ECF No. 2.  When this deadline passed without Hernandez or Gutierrez Rubio filing a response, the Court ordered them to do so and to show cause for their failure to comply with the Court-ordered deadline by March 24.  Mar. 3, 2026, Order 1–2, ECF No. 7.  The Court warned Hernandez and Gutierrez Rubio that "failure to comply with this Order may result in dismissal of the case for failure to prosecute." *Id.* at 2.

This deadline has now passed and neither Hernandez nor Gutierrez Rubio have filed any response to the Court's Show Cause Order.  The Court notes that neither its Show Cause Order nor its February 10, 2026, Order were received by Hernandez or Gutierrez Rubio at the addresses provided by Hernandez.  *See* Feb. 19, 26, Returned Mail, ECF No. 5; Feb. 22, 2026, Returned

Mail, ECF No. 6; Mar. 14, 2026, Returned Mail, ECF No. 10; Mar. 19, 2026, Returned Mail, ECF No. 11.  However, it is Hernandez's obligation to check her mail, stay apprised of developments in this case, and update the Court with a reliable address for herself and for Gutierrez Rubio.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** without prejudice for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send this Order to both Hernandez and Gutierrez Rubio via certified mail at the following addresses:

Heimary Hernandez
7777 McCallum Boulevard, Apt. 216
Dallas, Texas 75252

Leon Alfredo Gutierrez Rubio
A-241790552
8915 Montana Avenue
El Paso, TX 79925

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 25th day of March, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2